UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID K. TAYLOR, | ) | |
| | ) | Civil Action No. 1:06CV00075 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| DEFLEXION, LLC, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David K. Taylor ("Taylor"), by his undersigned counsel, hereby dismisses without prejudice his claims against Defendant Deflexion, LLC ("Deflexion"). Deflexion has not filed an answer to Taylor's Complaint or a motion for summary judgment.

This the 4rd day of May, 2006.

    /s/ Robert D. Mason, Jr. _____
Charles A. Burke (N.C. State Bar No. 19366)
Robert D. Mason, Jr. (N.C. State Bar No. 29337)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: 336-721-3761
Facsimile: 336-726-9093
rmason@wcsr.com

*Attorneys for Plaintiff, David K. Taylor*